**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI**

RE:  **Robert M. Jones**                                                      **Case No.  17-10842**
     **Lollise M. Jones**

**Debtor(s)**                                                                        **Chapter      13**

**OBJECTION TO CLAIM OF RENASANT BANK (CLAIM #9)**

     **COME(S) NOW** the Debtor(s), by and through counsel, and file(s) this "Objection to Claim Of Renasant Bank (Claim #9)" and, in support thereof, state(s) as follows:

1.  The claim filed by the Renasant Bank is time barred by MCA §§15-1-29 & 75-2-725 (see Hughes v. Collegedale Distributors, 355 So. 2d 79 (Miss. 1978).

     **WHEREFORE PREMISES CONSIDERED**, Debtor(s) respectfully requests that the claim above referenced should be denied and sanctions, including the attorney fees for bringing this action, be imposed upon the Creditor for filing the claim and for such further relief to which the Debtor(s) may be entitled.

     **Respectfully submitted,**

     **/s/ Kevin F. O'Brien**
     **Kevin F. O'Brien, MSB# 10731**
     **Attorney for Debtor**
     **1630 Goodman Road East**
     **Suite 5**
     **Southaven, MS. 38671**
     **(662) 349-3339**

## CERTIFICATE OF SERVICE

I, Kevin F. O'Brien, do hereby certify that I have this the 11th day of May, 2017, electronically delivered, a true and correct copy of the "Renasant Bank" to the following parties at the addresses indicated:

Hon. Locke D. Barkley
Chapter 13 Trustee
sbeasley@barkley13.com

U.S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Renasant Bank
Attn: Bankruptcy Dept.
PO Box 4140
Tupelo, MS 38803
myra.kimbrough@renasant.com


/s/ Kevin F. O'Brien
Kevin F. O'Brien, MSB# 10731
1630 Goodman Rd. East, Suite 5
Southaven, MS 38671
662-349-3339