CM/ECF hrg6
(Rev. 07/22/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re: Robert M. Jones and Lollise M. Jones  )   Case No.: 17–10842–JDW
      Debtor(s)  )   Chapter: 13
        )   Judge: Jason D. Woodard
        )
        )

PLEASE TAKE NOTICE that a hearing will be held at

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 9/6/17 at 01:30 PM

Responses Due: 8/22/17

to consider and act upon the following:

*33* – Objection to Claim of Renasant Bank Filed by Lollise M. Jones, Robert M. Jones. (O'Brien, Kevin)

    Should any party receiving this notice respond or object to said objection such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said objection due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said objection immediately after the objection or response due date.

    A copy of the objection is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE NOTICING ORDER ATTACHED HERETO TO PERFORM NOTICING AS TO SAID OBJECTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID NOTICING ORDER.

Dated: 6/26/17

                                      Shallanda J. Clay
                                      Clerk, U.S. Bankruptcy Court

                                      BY: LLG
                                            Deputy Clerk

CM/ECF soobjclm
(Rev. 01/22/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Robert M. Jones and Lollise M. Jones  )  Case No.: 17–10842–JDW
      Debtor(s)  )  Chapter: 13
        )  Judge: Jason D. Woodard
        )
        )

## ORDER DELEGATING NOTICING RESPONSIBILITY AS TO OBJECTION TO THE ALLOWANCE OF A CLAIM

Pursuant to Rule 3007, Federal Rules of Bankruptcy Procedure, it is

ORDERED that the objector in the objection to the allowance of a claim attached to this notice shall mail or otherwise deliver to the claimant in the subject claim, the debtor(s) or debtor(s)–in– possession, the case trustee and the U.S. Trustee, notice of the hearing on such objection at least 30 days prior to the hearing, which is scheduled in the notice of hearing included herewith; and it is

FURTHER ORDERED that said objector, within 7 days after the mailing or delivery thereof, shall file in the office of the Clerk of this Court a certificate of such service along with a copy of the documents so served.

Dated and Entered: 6/26/17

                                                     Jason D. Woodard
                                                     Clerk, U.S. Bankruptcy Court